Steven Jay Katzman (SBN 132755)
skatzman@bienertkatzman.com
Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT | KATZMAN PC**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Joshua C. Webb (*Pro hac vice forthcoming*)
joshua.webb@hwhlaw.com
**HILL, WARD & HENDERSON P.A.**
101 East Kennedy Blvd., Ste. 3700
Tampa, FL 33602
Telephone (813) 221-3900
Facsimile (813) 221-2900

Attorneys for Petitioner Raymond James & Associates, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JAMES & ASSOCIATES, INC.<br><br>      Petitioner,<br><br>v.<br><br>TERRAN ORBITAL CORPORATION,<br><br>      Respondent. | Case No. 8:19-cv-1916<br><br>**PETITIONER RAYMOND JAMES & ASSOCIATES, INC. CORPORATE DISCLOSURE STATEMENT** |

PETITION TO CONFIRM ARBITRATION AWARD

**TO THE HONORABLE COURT AND ALL INTERESTED PARTES:**

The undersigned counsel of record for Petitioner Raymond James & Associates, Inc. ("Raymond James"), hereby submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Raymond James is a corporation organized under the laws of Florida and engaged in securities distribution and investment banking. Raymond James is a wholly owned subsidiary of Raymond James Financial, Inc., which is a publicly traded company.

Dated: October 4, 2019

BIENERT | KATZMAN PC
By: /s/ Anthony R. Bisconti
    Steven Jay Katzman
    Anthony R. Bisconti
    Attorneys for Petitioner
    Raymond James & Associates, Inc.

HILL, WARD & HENDERSON, P.A.
    Joshua C. Webb

PETITION TO CONFIRM ARBITRATION AWARD

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **PETITIONER RAYMOND JAMES & ASSOCIATES, INC. CORPORATE DISCLOSURE STATEMENT** on all interested parties as follows:

**[X]   BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 4, 2019 at Los Angeles, California.

/s/ Anthony R. Bisconti
Anthony R. Bisconti