# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| RAYMOND JAMES & ASSOCIATES, INC. | Case No. 8:19-cv-1916 |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| TERRAN ORBITAL CORPORATION, | |
| Respondent. | |

This matter came before the Court on the Petition to Confirm Arbitration Award (Doc. 1) (the "Petition") filed by Petitioner Raymond James & Associates, Inc. ("Raymond James"). On January 8, 2020, the Court held proceedings (in chambers) and confirmed the arbitration award that is the subject of the Petition.

Having considered the Petition, all evidence submitted in support of and opposition to the Petition, the arguments and briefs of the Parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Petition is GRANTED.
2. The Award, as that term is defined in the Petition, entered by the American Arbitration Association ("AAA") in favor of Raymond James and against Respondent Terran Orbital Corporation ("Terran Orbital"), which resolved AAA Case No. 01-18-0004-1378 previously pending before the AAA, is confirmed in all respects;
3. Terran Orbital shall pay to Raymond James the amount of $2,257,135.40 (two million, two hundred fifty-seven thousand, one-hundred, thirty-five dollars and forty cents), in accordance with the terms of the Final Award;
4. Terran Orbital shall pay post-award, pre-judgment interest to Raymond James, at the annual rate of nine percent (9%) from September 20, 2019 to the date of this Judgment, said interest accruing at the daily rate of $556.55 (five hundred, fifty-six dollars and fifty-five cents); and
5. Terran Orbital shall pay post-judgment interest to Raymond James at the applicable rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this Judgment, from the date of entry of this Judgment to the date of full and final payment hereunder.

DATED: February 6, 2020        BY: _____
                                   Honorable David O. Carter
                                   United States District Judge

JUDGMENT